UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re matter of the Complaint of HORNBLOWER FLEET, LLC, owner, and HORNBLOWER YACHTS, LLC DBA HORNBLOWER CRUISES AND EVENTS, owner pro hac vice for exoneration from or limitation of liability, Plaintiff, & Related Claims | Case No.: 16CV2468-JM(JMA) **ORDER GRANTING EX PARTE APPLICATION TO CONTINUE TRIAL AND OTHER PRE-TRIAL PROCEEDINGS [DOC. NO. 141]** |

With good cause appearing the ex parte application to continue the trial and all related scheduling dates is GRANTED. [Doc. No. 141.] **IT IS HEREBY ORDERED**:

1. Each party shall comply with the disclosure provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure by **September 28, 2018**,

2. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(D) by **October 26, 2018**.

3. All discovery, including expert discovery, shall be completed by all parties by **November 16, 2018**.

4. Pretrial motions must be filed by **December 1, 2018**.

5. The Mandatory Settlement Conference on August 3, 2018, at 10:00 a.m. is

continued to **December 7, 2018** at **10 a.m.** Counsel or any party representing himself or herself shall submit confidential settlement briefs directly to chambers by **November 30, 2018**.

6. Counsel shall comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **December 21, 2018**.

7. Counsel shall meet and take the action required by Local Rule 16.1(f)(4) by **December 28, 2018**.

8. By **January 4, 2019**, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

9. The Proposed Final Pretrial Conference Order, including objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned district judge by **January 11, 2019**, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

10. The final Pretrial Conference scheduled on the calendar of the **Honorable Jeffrey T. Miller** on September 14, 2018 at 8:30 a.m. is continued to **January 18, 2019** at **8:30 a.m.**

11. The trial is continued from October 22, 2018 at 9:00 a.m. to **February 19, 2019** at **9:00 am**.

**IT IS SO ORDERED.**

Dated: June 4, 2018

Honorable Jan M. Adler
United States Magistrate Judge