UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of HORNBLOWER FLEET, LLC owner, and HORNBLOWER YACHTS, LLC dba HORNBLOWER CRUISES AND EVENTS, owner pro hac vice for exoneration of, or limitation of, liability,<br><br>Plaintiffs,<br><br>and Related Claims. | Case No.: 16CV2468 JM-LL<br><br>**ORDER SETTING SECOND MANDATORY SETTLEMENT CONFERENCE** |

The Court held a Mandatory Settlement Conference ("MSC") on December 12, 2018. Based upon the Parties' request, the Court sets a second Mandatory Settlement Conference on **January 3, 2019** at **1:00 p.m**. in the chambers of Magistrate Judge Linda Lopez located at **221 West Broadway, Suite 2140, San Diego, CA 92101**. All discussions at the Mandatory Settlement Conference will be informal, off the record, privileged, and confidential. Counsel for any non-English speaking party is responsible for arranging for the appearance of an interpreter at the conference.

a. **Personal Appearance of Attorneys Required**: The principal attorneys responsible for the litigation, must be present **in person** and legally and factually prepared to discuss settlement of the case.

Unless there is good cause, persons required to attend the conference pursuant to this Order shall not be excused from personal attendance. Requests for excuse from attendance for good cause shall be made in writing at least five (5) court days prior to the conference. Failure to appear in person at the Mandatory Settlement Conference will be grounds for sanctions

b. **Full Settlement Authority Required**: In addition to counsel who will try the case, all parties, adjusters for insured defendants, and other representatives of a party with **full settlement authority**[1] must be present **in person** or available **telephonically for the entirety of the conference**. In the case of a corporate entity, an authorized representative of the corporation who is not retained outside counsel must be present **in person** or available **telephonically for the entirety of the conference** and must have discretionary authority to commit the company to pay an amount up to the amount of Plaintiff's prayer (excluding punitive damages prayers). The purpose of this requirement is to have representatives present who can settle the case during the course of the conference without consulting a superior.

c. **Confidential Settlement Statements Required**: No later than **December 31, 2019**, the parties shall submit directly to Magistrate Judge Lopez's chambers (via email address or hand delivery c/o the Clerk's Office) confidential settlement statements no more than two (2) pages in length. **These confidential statements shall not be filed or served**

---

[1] "Full settlement authority" means that the individuals at the settlement conference must be authorized to explore settlement options fully and to agree at that time to any settlement terms acceptable to the parties. Heileman Brewing Co. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a party. Pitman v. Brinker Int'l, Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003). The purpose of requiring a person with unlimited settlement authority to attend the conference contemplates that the person's view of the case may be altered during the face to face conference. Id. at 486. A limited or a sum certain of authority is not adequate. See Nick v. Morgan's Foods, Inc., 270 F.3d 590, 595-97 (8th Cir. 2001).

**on opposing counsel.** Each party's confidential statement must set forth any settlement negotiations and subsequent offers or demands made by that party since the Court's first Mandatory Settlement Conference, and a separate statement of the offer or demand the party is prepared to make at the second Mandatory Settlement Conference.

       d.    **Requests to Continue a Mandatory Settlement Conference**: Any request to continue the Mandatory Settlement Conference or request for relief from any of the provisions or requirements of this Order must be sought by a **written joint motion or *ex parte* application**. The application must (1) be supported by a declaration of counsel setting forth the reasons and justifications for the relief requested, (2) confirm compliance with Civil Local Rule 83.3(h), and (3) report the position of opposing counsel or any unrepresented parties subject to the Order. **Absent good cause, requests for continuances will not be considered unless submitted in writing no fewer than (7) days prior to the scheduled conference.**

       **If the case is settled in its entirety before the scheduled date of the conference, counsel and any unrepresented parties must still appear in person, unless a written joint notice confirming the complete settlement of the case is filed no fewer than twenty-four (24) hours before the scheduled conference.**

Dated: December 14, 2018

_____
Honorable Linda Lopez
United States Magistrate Judge

3

16CV2468 JM-LL